IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Craig Yates, | NO. C 10-02652 JW |
|       Plaintiff,<br>  v.<br>Jumbo Seafood Restaurant, Inc., et al,<br>      Defendants. | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING ON ORDER SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |
| Jumbo Seafood Restaurant, Inc.,<br>      Third-Party Plaintiff,<br>  v.<br>AMCO Insurance Co.,<br>      Third-Party Defendant. | |

This case is scheduled for a Case Management Conference on July 11, 2011. In contravention of the Local Rules and the Clerk of Court's Notice Upon Reassignment, the parties failed to timely file a Joint Case Management Conference Statement, and only Third-Party Defendant AMCO Insurance Co. filed an individual Case Management Conference Statement. (See Docket Item No. 23.) To date, neither Plaintiff Craig Yates ("Plaintiff") nor Third-Party Plaintiff Jumbo Seafood Restaurant, Inc. ("Third-Party Plaintiff") have filed a Case Management Conference Statement.

In light of the parties' failure to timely file a Joint Statement, the Court finds a Case Management Conference premature at this time. Accordingly, the Court VACATES the July 11

Conference. Further, the Court hereby orders Plaintiff and Third-Party Plaintiff to appear in Courtroom No. 15, 18th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California on **September 12, 2011 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, and by separate certifications from Plaintiff and Third-Party Plaintiff filed with the Court on or before **September 2, 2011**, why the Complaint and Third-Party Complaint should not be dismissed for failure to prosecute. The certifications shall set forth in factual summary the reason no Joint Case Management Conference Statement has been filed and what steps Plaintiff and Third-Party Plaintiff are taking to prosecute their respective Complaints.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action pursuant to Fed. R. Civ. P. 41(b) which is a dismiss on the merits.

Dated: July 5, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley Jay Jameson bjameson@psalaw.net
Brian Y.K. Ching rocketkit@hotmail.com
Gary T. Lafayette glafayette@lkclaw.com
Glen Elliot Turner gturner@lkclaw.com
Thomas E. Frankovich tfrankovich@disabilitieslaw.com

**Dated:  July 5, 2011**                               **Richard W. Wieking, Clerk**

                                                      **By:     /s/ JW Chambers**
                                                              **Susan Imbriani**
                                                              **Courtroom Deputy**