**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Craig Yates, | NO. C 10-02652 JW |
|     Plaintiff,<br>  v.<br>Jumbo Seafood Restaurant, Inc., et al.,<br>    Defendants.<br>_____/ | **ORDER VACATING HEARING ON ORDER TO SHOW CAUSE RE. DISMISSAL FOR LACK OF PROSECUTION; SETTING HEARING ON ORDER TO SHOW CAUSE RE. SETTLEMENT** |
| Jumbo Seafood Restaurant, Inc.,<br>    Third-Party Plaintiff,<br>  v.<br>AMCO Insurance Co.,<br>    Third-Party Defendant.<br>_____/ | |

On July 6, 2011, the Court issued an Order to Show Cause re: Dismissal for Lack of Prosecution in this case, and ordered Plaintiff and Third-Party Plaintiff to appear on September 12, 2011 to show cause, if any, why the Complaint and Third-Party Complaint should not be dismissed for failure to prosecute. (See Docket Item No. 25.) On that same day, Plaintiff informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 26.) In light of the settlement, the Court vacates all trial and pretrial dates.[1] Further, the Court VACATES the

---

[1] Further, in light of the settlement the Court DENIES as moot the following Motions, which were filed by Third-Party Plaintiff Jumbo Seafood Restaurant after the Notice of Settlement was filed: (1) Plaintiff's Notice of Motion and Motion for Summary Judgment, Docket Item No. 28; and (2) Plaintiff's Notice of Motion and Motion for Summary Judgment, Docket Item No. 32.

September 12 hearing on the Order to Show Cause re. Dismissal.  On or before **September 16, 2011**, the parties shall file a Stipulated Dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, CA on **September 26, 2011 at 9 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before **September 16, 2011**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will result in an automatic dismissal of this action.

Dated:  September 7, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley Jay Jameson bjameson@psalaw.net
Brian Y.K. Ching rocketkit@hotmail.com
Gary T. Lafayette glafayette@lkclaw.com
Glen Elliot Turner gturner@lkclaw.com
Thomas E. Frankovich tfrankovich@disabilitieslaw.com

**Dated: September 7, 2011**                    **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
          **Susan Imbriani**
          **Courtroom Deputy**