1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES ;

**IT IS SO ORDERED**

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, an individual,

    Plaintiff,

v.

JUMBO SEAFOOD RESTAURANT, INC.,
a California Corporation; and KIRK
LEONG and MAY F. LEONG, Trustees of
the TRUST OF KIRK AND MAY LEONG,
dated December 16, 2006,

    Defendants.

CASE NO. CV-10-2652-~~JCS~~ JW

STIPULATION OF DISMISSAL AND
~~[PROPOSED]~~ ORDER THEREON

    The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that only the above-captioned action be and hereby is dismissed with prejudice

STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER THEREON    CV-10-2652-JCS

1  pursuant to Federal Rules of Civil Procedure section 41(a)(1). This request for dismissal does not
2  include the third party complaint.
3      This stipulation may be executed in counterparts, all of which together shall constitute one
4  original document.

6  Dated: September 8, 2011              THOMAS E. FRANKOVICH
                                         *A PROFESSIONAL LAW CORPORATION*

8                                        By:  /S/ Thomas E. Frankovich
                                              Thomas E. Frankovich
9                                        Attorney for CRAIG YATES, an individual

10 Dated: 9/8, 2011                      BRIAN Y.K. CHING, ESQ.
11
12                                       By: _____
                                              Brian Y.K. Ching, Esq
13                                       Attorneys for JUMBO SEAFOOD RESTAURANT,
                                         INC., a California Corporation
14

15 Dated: 9/8/, 2011                     PHILLIPS SPALLAS & ANGSTSDT LLP
16
17                                       By: _____
                                              William R. Carlson
18                                       Attorneys for KIRK LEONG and MAY F. LEONG,
                                         Trustees of the TRUST OF KIRK AND MAY
19                                       LEONG, dated December 16, 2006,
20

21                                       **ORDER**

22     IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
23 Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the
24 purpose of enforcing the parties' Settlement Agreement and General Release should such
25 enforcement be necessary.

27 Dated: September 14, 2011             _____
                                         Hon. James Ware
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CV-10-2652-JCS
                                                                       -2-