1  THOMAS B. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA  94903
   Telephone:  415/674-8600
4  Facsimile:  415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES;
6

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

7                UNITED STATES DISTRICT COURT
8                NORTHERN DISTRICT OF CALIFORNIA

9  CRAIG YATES, an individual,           )  CASE NO. CV-10-2652-~~JCS~~ JW
10          Plaintiff,                    )  STIPULATION OF DISMISSAL AND
                                          )  [~~PROPOSED~~] ORDER THEREON
11  v.                                    )
12  JUMBO SEAFOOD RESTAURANT, INC.,       )
    a California Corporation; and KIRK    )
13  LEONG and MAY F. LEONG, Trustees of   )
    the TRUST OF KIRK AND MAY LEONG,      )
14  dated December 16, 2006,              )
15                                        )
16          Defendants.                   )
                                          )

17
         The parties, by and through their respective counsel, stipulate to dismissal of this action in
18
   its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the
19
   Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own
20
   costs and attorneys' fees. The parties further consent to and request that the Court retain
21
   jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S.
22
   375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement
23
   agreements).
24
         Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
25
   their designated counsel that only the above-captioned action be and hereby is dismissed with
26
   prejudice
27
28

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON       CV-10-2652-JCS

1  pursuant to Federal Rules of Civil Procedure section 41(a)(1). This request for dismissal does not
2  include the third party complaint.
3       This stipulation may be executed in counterparts, all of which together shall constitute one
4  original document.
5
6  Dated: September 8, 2011                    THOMAS E. FRANKOVICH
                                               *A PROFESSIONAL LAW CORPORATION*
7
8                                              By:   /S/ Thomas E. Frankovich
                                                     Thomas E. Frankovich
9                                              Attorney for CRAIG YATES, an individual

10
11 Dated:  9/8  , 2011                         BRIAN Y.K. CHING, ESQ.

12                                             By: _____
                                                    Brian Y.K. Ching, Esq
13                                             Attorneys for JUMBO SEAFOOD RESTAURANT,
                                               INC., a California Corporation
14
15 Dated:  9/8/  , 2011                        PHILLIPS SPALLAS & ANGSTSDT LLP
16
17                                             By: _____
                                                    William R. Carlson
18                                             Attorneys for KIRK LEONG and MAY F. LEONG,
                                               Trustees of the TRUST OF KIRK AND MAY
19                                             LEONG, dated December 16, 2006,
20

21                                      **ORDER**

22       IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
23 Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the
24 purpose of enforcing the parties' Settlement Agreement and General Release should such
25 enforcement be necessary.
26
27 Dated: September 14 , 2011
28                                             _____
                                               Hon. James Ware
   STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CV-10-2652-JCS
                                                                            -2-