IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Craig Yates, | NO. C 10-02652 JW |
|       Plaintiff,<br>    v. | **ORDER REOPENING CASE; SETTING CASE MANAGEMENT CONFERENCE** |
| Jumbo Seafood Restaurant, Inc., et al., | |
|       Defendants. / | |
| Jumbo Seafood Restaurant, Inc., | |
|       Third-Party Plaintiff,<br>    v. | |
| AMCO Insurance Co., | |
|       Third-Party Defendant. / | |

On July 6, 2011, the Court issued an Order to Show Cause re: Dismissal for Lack of Prosecution in this case, and ordered Plaintiff and Third-Party Plaintiff to appear on September 12, 2011 to show cause, if any, why the Complaint and Third-Party Complaint should not be dismissed for failure to prosecute. (See Docket Item No. 25.) On that same day, Plaintiff informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 26.) In light of the settlement, the Court vacated all trial and pretrial dates in this case, as well as the September 12 hearing on the Order to Show Cause re. Dismissal.[1] Further, the Court set September 26, 2011 for a

---

[1] (Order Vacating Hearing on Order to Show Cause re. Dismissal for Lack of Prosecution; Setting Hearing on Order to Show Cause re. Settlement at 1-2, Docket Item No. 33.)

1  hearing on the Court's Order to Show Cause re. Settlement.  (Id.)  On September 14, 2011, in

2  response to the Court's Order to Show Cause re. Settlement, Plaintiff and Defendants Jumbo

3  Seafood Restaurant, Inc., Kirk Leong and May F. Leong filed a Stipulation of Dismissal of their

4  action.  (Docket Item No. 36.)  In the Stipulation of Dismissal, the parties contend that their "request

5  for dismissal does not include the third party complaint."  (Id. at 2.)

6        On September 16, 2011, Third-Party Defendant AMCO Insurance Co. ("AMCO") filed a

7  Response to the Court's Order to Show Cause re. Settlement.  (Docket Item No. 38.)  In that

8  Response, Third-Party Defendant AMCO contends that although Plaintiff and Defendants have

9  settled the underlying case, that settlement does not affect the Third-Party Complaint filed against

10 Defendant AMCO by Third-Party Plaintiff Jumbo Seafood Restaurant, Inc.  (Id. at 2-3.)  Defendant

11 AMCO further contends: (1) that it "believes this matter is governed by General Order 56 [of the

12 Northern District of California] for cases asserting denial of access under the Americans with

13 Disabilities Act"; (2) that the Third-Party Case is stayed, pursuant to General Order 56; and (3) that

14 "all discovery and proceedings" in the Third-Party Case will remain stayed "until the stay is lifted

15 by the assigned judge."  (Id. at 3.)

16       In light of Third-Party Defendant AMCO's contentions, the Court finds good cause to

17 REOPEN this case.  However, the Court does not find that the Third-Party Case is governed by

18 General Order 56, which is a scheduling order for "cases asserting denial of right of access under

19 [the] American with Disabilities Act."  (See Docket Item No. 3.)  While the *underlying* case asserted

20 a denial of right of access under the Americans with Disabilities Act, and was thus covered by

21 General Order 56, the Third-Party Case solely addresses whether Third-Party Plaintiff's insurance

22 policy with Third-Party Defendant covers the costs incurred by Third-Party Plaintiff in the

23 underlying lawsuit.  (See Docket Item No. 13.)  Thus, the Third-Party Case is not governed by

24 General Order 56.  Further, upon review of the docket,ered the Court does not find that the Third-Party

25 Case has been stayed.

26       Accordingly, the Court sets **October 24, 2011 at 10 a.m.** for a Case Management

27 Conference for the Third-Party Case.  On or before **October 14, 2011**, Third-Party Plaintiff and

28

2

Third-Party Defendant shall file a Joint Case Management Statement including, *inter alia*, a good faith proposed schedule for discovery.

The Clerk shall reopen this case.

Dated: September 23, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley Jay Jameson bjameson@psalaw.net
Brian Y.K. Ching rocketkit@hotmail.com
Gary T. Lafayette glafayette@lkclaw.com
Glen Elliot Turner gturner@lkclaw.com
Thomas E. Frankovich tfrankovich@disabilitieslaw.com

**Dated: September 23, 2011**                              **Richard W. Wieking, Clerk**

                                                **By:    /s/ JW Chambers**
                                                      **Susan Imbriani**
                                                      **Courtroom Deputy**